# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

HOWARD COHAN,

    Plaintiff,

v.                                                                           Case No: 8:14-cv-1642-T-30AEP

RAJN HOTELS, LLC,

    Defendant.

---

## ORDER

    THIS CAUSE comes before the Court *sua sponte*.  On July 3, 2014, Plaintiff filed this action for declaratory and injunctive relief and attorney's fees, expenses, and costs pursuant to 42 U.S.C. § 12182 et. seq., and the 2010 American with Disabilities Act.  The original complaint named Choice Hotels International, Inc., and Choice Hotels International Services Corp. (the "Choice Defendants") as Defendants.  The original complaint concerned the accessibility of premises located at 5316 U.S. Highway 19, New Port Richey, Florida 34652.  Defendants filed motions to dismiss on September 5, 2014.  Plaintiff failed to respond to these motions.  On September 26, 2014, the Court entered an order to show cause, directing Plaintiff to file responses to the motions to dismiss or show cause in writing why the motions should not be considered without a response within five (5) days of the date of the Order.

    On October 2, 2014, Plaintiff filed an amended complaint that did not name the Choice Defendants, but instead substituted Brahmas Investment Group, LLC.  (Dkt. 18).

The Amended Complaint concerned the accessibility of entirely different premises; 11738 US Highway 19, Port Richey, Florida 34668.  *Id.*  On October 21, 2014, Plaintiff filed yet another amended complaint, which did not name Brahmas Investment Group, LLC, but instead substituted Rajn Hotels, LLC as Defendant.  The Second Amended Complaint again changed the premises at issue, reverting to the premises located at 5316 U.S. Highway 19, New Port Richey, Florida 34652.

Plaintiff has twice amended his complaint, changing the named Defendant and premises at issue in each instance, without leave of the Court or the opposing party's written consent as required by the Federal Rules of Civil Procedure, Rule 15(a)(2).

Accordingly, it is ORDERED AND ADJUDGED that

1. Plaintiff's Complaint (Dkt. 1) and First Amended Complaint (Dkt. 18) are hereby DISMISSED, without prejudice.

2. The following entities are dismissed from this action: Choice Hotels International, Inc., Choice Hotels International Services Corp., and Brahmas Investment Group, LLC.

**DONE** and **ORDERED** in Tampa, Florida, this 24th day of October, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2014\14-cv-1642 order re amended complaints.docx